1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10

11  JOHN HAWKINS CLAUSET,                    )
                                             )
12          Plaintiff,                       )        2:12-cv-00651-RLH-RJJ
                                             )
13  vs.                                      )
                                             )        **ORDER**
14  STATE OF NEVADA, *et al.*,               )
                                             )
15          Defendants.                      )
    _____/

16

17          John Hawkins Clauset, an individual whose incarceration status is unclear, submitted

18  a *pro se* Civil Rights Complaint (received April 18, 2012), but has not paid the required filing fee of

19  $350 or filed an application to proceed in forma pauperis.  Accordingly, this action is **DISMISSED**,

20  without prejudice.  The Clerk shall enter judgment accordingly.

21          Dated, this 20th day of April, 2012.

22

23

24          UNITED STATES DISTRICT JUDGE

25

26