**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JOHN HAWKINS CLAUSET, | ) | |
| Plaintiff, | ) | 2:12-cv-00651-RLH-RJJ |
| vs. | ) | |
| | ) | **ORDER** |
| STATE OF NEVADA, *et al.*, | ) | |
| Defendants. | ) | |

John Hawkins Clauset, an individual whose incarceration status is unclear, submitted a *pro se* Civil Rights Complaint (received April 18, 2012), but has not paid the required filing fee of $350 or filed an application to proceed in forma pauperis. Accordingly, this action is **DISMISSED**, without prejudice. The Clerk shall enter judgment accordingly.

Dated, this 20th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE